UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

JOSEPH RIVERA,

    Plaintiff,

v.                                        CIVIL ACTION NO. 5:24-cv-00482

MS. FOX, *Health Care Administrator* and
MS. THOMPSON, *Health Care PA* and
MR. HOLZAPFEL, *Warden* and
DR. COOPER, *PA/Doctor* and
F.C.I. BECKLEY MEDICAL DEPARTMENT, and
MR. BAILEY, *Food Svs.*,

    Defendants.

## ORDER

Pending are Plaintiff Joseph Rivera's Complaints [Docs. 2, 9, 13] seeking relief pursuant to *Bivens v. Six Unknown Federal Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), filed September 5, 2024, October 2, 2024, and October 23, 2024. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on January 29, 2026. Magistrate Judge Aboulhosn recommended that the Court dismiss Mr. Rivera's Complaints without prejudice pursuant to *Federal Rule of Civil Procedure* 41(b) given his failure to prosecute and remove this matter from the docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the

report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on February 17, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 17**], **DISMISSES WITHOUT PREJUDICE** Mr. Rivera's Complaints [**Docs. 2, 9, 13**], and **REMOVES** the matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: February 24, 2026

Frank W. Volk
Chief United States District Judge